FILED
08/18/2025
Sara Smith
CLERK
Flathead County District Court
STATE OF MONTANA
By: Jamie Hadley
DV-15-2025-0001090-DQ
Coffman, Danni
25.00

## MONTANA ELEVENTH JUDICIAL DISTRICT COURT
## FLATHEAD COUNTY

| | |
|---|---|
| ROBERT PAUL YANN SAVOIE ZARATE,<br><br>Plaintiff,<br><br>vs.<br><br>GOOGLE INC., MICROSOFT CORPORATION, YAHOO INC., DUCKDUCKGO, JOURNAL DE MONTRÉAL, QUÉBECOR MÉDIA INC., LA PRESSE INC., CAYMAN COMPASS, JOHN DOE CORP.<br><br>Defendants. | Cause No. DV-15-2025-0001090-DQ<br>Hon. Danni Coffman<br><br><br>**ORDER GRANTING DEFENDANTS MICROSOFT CORPORATION, YAHOO INC., AND DUCKDUCKGO'S UNOPPOSED MOTION FOR EXTENSION** |

Upon review of Defendant Microsoft Corporation, Yahoo Inc., and DuckDuckGo's Unopposed Motion for Extension, submitted by counsel for the aforementioned Defendants, the Court finds that good cause exists to grant the motion.

IT IS HEREBY ORDERED that Defendant Microsoft Corporation, Yahoo Inc., and DuckDuckGo's Unopposed Motion for Extension is GRANTED.

IT IS FURTHER ORDERED that the deadline for counsel for Microsoft Corporation, Yahoo, Inc., and DuckDuckGo to file their answer, a motion, or otherwise respond to Plaintiff's Complaint is **September 8, 2025**.

**ELECTRONICALLY SIGNED AND DATED BELOW**

cc:   Matt J. Kelly
      Robert Paul Yann Savoie Zarate

Electronically Signed By:
Hon. Judge Amy Poehling Eddy
On Behalf Of:
Hon. Judge Danni Coffman
Mon, Aug 18 2025 02:41 PM