FILED
08/19/2025
Sara Smith
CLERK
Flathead County District Court
STATE OF MONTANA
By: Sara Smith
DV-15-2025-0001090-DQ
Coffman, Danni
26.00

## MONTANA ELEVENTH JUDICIAL DISTRICT COURT
## FLATHEAD COUNTY

| | |
|---|---|
| ROBERT PAUL YANN SAVOIE ZARATE, | Cause No. DV-15-2025-0001090-DQ<br>Hon. Danni Coffman |
| Plaintiff, | |
| vs. | **ORDER GRANTING DEFENDANTS MICROSOFT CORPORATION, YAHOO INC., AND DUCKDUCKGO'S UNOPPOSED MOTION FOR EXTENSION** |
| GOOGLE INC., MICROSOFT CORPORATION, YAHOO INC., DUCKDUCKGO, JOURNAL DE MONTRÉAL, QUÉBECOR MÉDIA INC., LA PRESSE INC., CAYMAN COMPASS, JOHN DOE CORP. | |
| Defendants. | |

Upon review of Defendant Microsoft Corporation, Yahoo Inc., and DuckDuckGo's Unopposed Motion for Extension, submitted by counsel for the aforementioned Defendants, the Court finds that good cause exists to grant the motion.

IT IS HEREBY ORDERED that Defendant Microsoft Corporation, Yahoo Inc., and DuckDuckGo's Unopposed Motion for Extension is GRANTED.

IT IS FURTHER ORDERED that the deadline for counsel for Microsoft Corporation, Yahoo, Inc., and DuckDuckGo to file their answer, a motion, or otherwise respond to Plaintiff's Complaint is **September 8, 2025**.

**ELECTRONICALLY SIGNED AND DATED BELOW**

cc:   Matt J. Kelly
      Robert Paul Yann Savoie Zarate

Electronically Signed By:
Hon. Judge Danni Coffman
Tue, Aug 19 2025 12:24:23 PM