FILED
08/20/2025
Sara Smith
CLERK
Flathead County District Court
STATE OF MONTANA
By: Jennifer McMullen
DV-15-2025-0001090-DQ
Coffman, Danni
27.00

MONTANA ELEVENTH JUDICIAL DISTRICT COURT
FLATHEAD COUNTY

| | |
|---|---|
| ROBERT PAUL YANN SAVOIE ZARATE,<br><br>Plaintiff,<br><br>v.<br><br>GOOGLE NORTH AMERICA INC., et al.,<br><br>Defendants. | **ORDER RE: GOOGLE DEFENDANTS' MOTION FOR ENLARGEMENT OF TIME TO ANSWER OR OTHERWISE RESPOND TO FIRST AMENDED COMPLAINT**<br><br>Case No. DV-15-2025-1090-DQ<br><br>Dept. E |

Upon Defendant Google North America Inc. and Defendant Google LLC's (collectively, "***Google Defendants***") Motion for Enlargement of Time to Answer or Otherwise Respond to First Amended Complaint and good cause appearing,

IT IS HEREBY ORDERED that Google Defendants shall have up to and including Tuesday, September 9, 2025 to file a response to the Plaintiff Robert Paul Yann Savoie Zarate's First Amended Complaint.

**Error! Unknown document property name.**

Electronically Signed By:
Hon. Judge Amy Poehling Eddy
On Behalf Of:
Hon. Judge Danni Coffman
Wed, Aug 20 2025 09:38 AM